# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MAUNU RENAH WILLIAMS,

    Plaintiff,

v.

SAMUEL WARDLE, SUSAN I. BAUR, and JASON H. LAURINE,

    Defendants.

No. C12-5169 BHS/KLS

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. On February 27, 2012, Plaintiff filed a proposed civil rights complaint. ECF No. 1. Plaintiff did not pay the $350.00 filing fee and did not file an application for leave to proceed *in forma pauperis* (IFP). On March 2, 2012, the Clerk sent Plaintiff a letter notifying him that he had until April 2, 2012 to either pay the filing fee or submit an application for IFP status. ECF No. 2. To date, Plaintiff has provided no IFP application or paid the filing fee.

The Court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the Court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

In addition, Local Rule CR 3(b) provides in relevant part:

    At the time application is made under 28 U.S.C. § 1915 or other applicable acts of Congress, for leave to commence any civil action or to file any petition or motion

ORDER - 1

without being required to prepay fees and costs or give security for them, each petitioner, movant or plaintiff shall:

(1) Complete the *in forma pauperis* affidavit approved for use in this district; and

(2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

Accordingly, the Court **ORDERS:**

(1) Plaintiff must pay the full $350.00 court filing fee **or** file an application to proceed *in forma pauperis* (complete with a copy of the written consent required by Local Rule CR 3(b)), **on or before May 18, 2012**. Failure to do so by **May 18, 2012** shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 30th day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2