UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAUNU RENAH WILLIAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAMUEL S. WARDLE, SUSAN I. BAUER, JASON H. LAURINE,<br><br>                    Defendants. | No. C12-5169 BHS/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**; and

(2)   Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

**DATED** this 15th day of November, 2012.

                                                                BENJAMIN H. SETTLE
                                                                United States District Judge

ORDER