1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7
8
9
10
11
12

MAUNU RENAH WILLIAMS,

                         Plaintiff,

          v.

SAMUEL S. WARDLE, SUSAN I.
BAUER, JASON H. LAURINE,

                         Defendants.

No. C12-5169 BHS/KLS

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

13      This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 11. The

15  Court having considered the R&R and the remaining record, and no objections having

16  

17  been filed, does hereby find and order as follows:

18      (1)    The R&R is **ADOPTED**; and

19  
20      (2)    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to
             Rule 41(b)(2) of the Federal Rules of Civil Procedure.

21      **DATED** this 15th day of November, 2012.

22
23
24
25

                                      _____
                                      BENJAMIN H. SETTLE
                                      United States District Judge

26

ORDER